## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICKY DOUGLAS,                          )
                                        )
            Plaintiff,                  )
                                        )        2:12cv1706
       v.                               )        Electronic Filing
                                        )
                                        )        Judge David Stewart Cercone
OFFICER BARRONE, Doc; OFFICER J.        )        Magistrate Judge Maureen P. Kelly
KELLY; CAPTAIN STANTE; DEPITY           )
ENERICK; WARDEN STICKMAN,               )
                                        )
            Defendants.                 )

### MEMORANDUM ORDER

AND NOW, this 7ᵗʰ day of *August*, 2013, after the Plaintiff, Ricky

Douglas, filed an action in the above-captioned case, and after a Report and Recommendation

(ECF 29) was filed by the United States Magistrate Judge giving the parties until July 29, 2013,

to file written objections thereto, and Plaintiff's copy of the Report and Recommendation having

been returned to the Court by Allegheny County Jail, and upon independent review of the record,

and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted

as the opinion of this Court,

IT IS HEREBY ORDERED that the Complaint filed in this case [ECF 9], is

dismissed for failure to prosecute.   The Clerk shall mark this case CLOSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

*DS Cercone*

DAVID STEWART CERCONE
United States District Judge

cc:    Honorable Maureen P. Kelly
Virginia Spencer Scott, Esquire

*(Via CM/ECF Electronic Mail)*

Ricky Douglas
Pod Number 164550
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219-3100

*(Via First Class Mail)*